# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 08-00069-FRZ (BPV) |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| Carlos Moreno-Lopez, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements [Doc 26].

On November 20, 2008 and March 12, 2009, Magistrate Judge Bernardo P. Velasco conducted hearings and on March 31, 2009 issued his Report and Recommendation. [Doc 54] A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Statements is DENIED.

DATED this 24th day of April, 2009.

FRANK R. ZAPATA
United States District Judge